## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:

CARLTON VEONUS RIDLEY JR.                          Case No. 13-44263-drd-13
KATHRYN LEE RIDLEY

            Debtor(s).


### *SECOND* AMENDMENT TO CHAPTER 13 PLAN AND PLAN SUMMARY

**COMES NOW** Debtor(s), by and through counsel, David A. Reed, Esq., and hereby

amend their Chapter 13 Plan pursuant to §1323(a) of Title 11 as previously filed on

November 11, 2013 and as subsequently amended as follows:

* * *

1.      **PLAN PAYMENT:**  Debtors shall pay $3,094.00 per month from future earnings to the standing
        Chapter 13 trustee.

* * *

**WHEREFORE**, Debtors pray that the plan as amended shall be confirmed.


   __/s/ David A. Reed_____
David A. Reed #42943 MO
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtors


### NOTICE OF OBJECTION

Any response to the proposed Amendment to Chapter 13 Plan and Plan Summary
must be filed within 21 days of the date of this notice, pursuant to Local Rule 9013-1C,
with the Clerk of the United States Bankruptcy Court.   Parties represented by an attorney
shall file electronically at http://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings
to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street,
Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the
merits of the motion and, if applicable, set out actions to remedy the particular problem.

The Court will serve such response electronically on the Trustee, debtor's attorney, and all other parties to the case who have registered for electronic filing.

If a response is timely filed, a hearing will be held on the date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For more information about electronic filing go to www.mow.uscourts.gov @ or call the Court's HELP line at 1(800) 466-9302.

____/s/ David A. Reed_____
David A. Reed #42943 MO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically to the Chapter 13 Trustee, Richard V. Fink, and all other parties registered for electronic service, and by regular U.S. first class mail, on the 15th day of July 2014, to Debtor and all other adversely affected parties in interest per PACER.

___/s/ David A. Reed_____
David A. Reed #42943 MO